UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 0 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUDY SMITH, on her behalf and on behalf of those similarly situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-02-3254 |
| v. | § § | JURY TRIAL DEMANDED |
| INTEGRATED ELECTRICAL SERVICES, INC. | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL AND STIPULATED JUDGMENT

The Court has reviewed the pleadings in this cause, considered applicable case law and read the parties' Confidential Settlement Agreement and Mutual Release of All Claims. It is ORDERED, ADJUDGED and DECREED that:

1. Plaintiff Judy Smith filed this lawsuit alleging a failure to pay overtime wages in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and seeking back pay and liquidated damages. Defendant Integrated Electrical Services, Inc. denies any violation of the FLSA.

2. The parties wish to amicably settle their differences and have filed, under seal, a proposed Confidential Settlement Agreement and Release of all Claims ("Agreement"). The Agreement has been executed by the parties.

3. The Court has read the Agreement in its entirety, and finds that the Agreement is fair and reasonable. The Court recognizes that this Agreement represents the culmination of almost two years of litigation in which the parties had bona fide disagreements over the merits of Plaintiff's claims. Although the parties continue to disagree on the merits of Plaintiff's claim, the Court is satisfied that the proposed Agreement demonstrates an intention by the parties that

